Solosko *v.* Paxton, Appellant.

Argued October 10, 1955. Before STERN, C. J., STEARNE, JONES, MUSMANNO and ARNOLD, JJ.

*W. L. Kimmel,* with him *Leland W. Walker* and *Walker & Kimmel,* for appellant.

*Paul E. C. Fike,* with him *Joseph N. Cascio* and *Fike & Cascio,* for appellee.

OPINION PER CURIAM, January 3, 1956:

The judgment of the court below is affirmed on the opinion of President Judge LANSBERRY reported at 4 D. & C. 2d 240.